IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| WING JOE,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-00393 |
| | § | |
| COLONY SPECIALTY INSURANCE<br>COMPANY,<br>Defendants. | §<br>§<br>§ | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Wing Joe, with agreement from Defendant, Colony Insurance Company, misnamed herein as Colony Specialty Insurance Company, files this Stipulation of Dismissal with Prejudice.

All parties to this lawsuit, by and through their undersigned counsel, agree that this action be dismissed, in its entirety, with prejudice. Each party shall bear its own costs of court.

Respectfully submitted,

The DeGroot Law Firm, PLLC

By:  /s/ David DeGroot

David DeGroot
State Bar No. 24044444
Federal I.D. 784421
degroot@degrootlaw.org
3827 N. 10th St., Suite 304
McAllen, TX 78501
(956) 627-2787
(956) 627-4363 – Facsimile
ATTORNEY FOR PLAINTIFF WING JOE

                MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

                By:    */s/ David D. Disiere*
                    David D. Disiere
                    State Bar No. 00785356
                    Federal ID No. 24430
                    disiere@mdjwlaw.com
                    808 Travis Street, 20TH Floor
                    Houston, Texas 77002
                    Telephone: (713) 632-1700
                    Facsimile: (713) 222-0101
                    ATTORNEY FOR DEFENDANT COLONY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was forwarded to all known counsel of record via either hand delivery, certified mail, return receipt requested, email and/or via facsimile on May 16, 2016.

David D. Disiere                                                                                *Via Email*
808 Travis Street, 20TH Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
disiere@mdjwlaw.com

                    */s/ David DeGroot*
                    David DeGroot